IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 5:21-cr-9-13 |
| JUANA IBARRA CARRILLO, | |
| Defendant. | |

**O R D E R**

On August 26, 2024, the parties filed their Joint Status Report stating that all pretrial motions have been satisfied or otherwise resolved. Doc. 1134. There are no pending pretrial motions before the Court for Defendant Juana Ibarra Carrillo and it appears this case is ready to be set for trial before the District Judge.

**SO ORDERED**, this 28th day of August, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA